In the Matter of the Application of THE PEOPLE OF THE
STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as
Superintendent of Insurance of the State of New York,
Respondent, for an Order to take Possession of the
Property and Liquidate the Business of the NEW YORK
INDEMNITY COMPANY.

INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK
et al., Appellants.

Argued December 7, 1937; decided January 4, 1938.

654

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* and *Paul Balsam* of counsel), for Industrial Commissioner of State of New York, appellant.

*Jacob W. Friedman* for David E. Wolf, claimant, appellant.

*Irvin Waldman* and *Edmund B. Ganley* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.